IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS FULTON and KATHERINE HARRIS-LOVOY,**<br><br>Plaintiff,<br>-against-<br><br>**DELI MANAGEMENT, INC., d/b/a JASON'S DELI,**<br><br>Defendant. | Case No 2:21-cv-00635 |

### PLAINTIFF'S NOTICE OF ACCEPTANCE
### OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 68(a), Plaintiff Katherine Harris-Lovoy, on February 18, 2022, accepted Defendant's Offer of Judgment, which is attached as Exhibit "A" hereto. Service of this acceptance has been made upon Defendant's counsel.

Plaintiff Katherine Harris-Lovoy respectfully requests that the Clerk of Court enter judgment, subject to Court approval, in favor of Plaintiff Katherine Harris-Lovoy in the amount of Ten Thousand Nine Hundred Fifty-Six Dollars and Ten Cents ($10,956.10), inclusive of attorneys' fees, less any applicable payroll tax deductions and withholdings.

Dated: February 24, 2022
      Rye Brook, New York       Respectfully submitted,

                                                /s/ Christopher M. Timmel

        Christopher M. Timmel (admitted pro hac vice)
        Seth Lesser (admitted pro hac vice)
        KLAFTER LESSER LLP
        Two International Drive, Suite 350
        Rye Brook, NY 10573
        T: (914) 934-9200
        F: (914) 934-9220
        Email : seth@klafterlesser.com
        christopher.timmel@klafterlesser.com

        David A. Hughes (ASB-3923-U82D)
        HARDIN & HUGHES, LLP
        2121 14th Street
        Tuscaloosa, Alabama 35401
        Telephone: (205) 523-0463
        Fax: (205) 344-6188
        E-mail: dhughes@hardinhughes.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 24, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

        /s/ Christopher M. Timmel
        Christopher M. Timmel

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS FULTON and KATHERINE HARRIS-LOVOY,<br><br>　　　　　　　　**Plaintiffs,**<br>　-against-<br><br>DELI MANAGEMENT, INC., d/b/a "JASON'S DELI",<br><br>　　　　　　　　**Defendant.** | Case No.: 2:21-cv-00635-RDP |

**DEFENDANT'S OFFER OF JUDGMENT TO
PLAINTIFF KATHERINE HARRIS-LOVOY**

Defendant, DELI MANAGEMENT, INC., d/b/a JASON'S DELI ("Defendant"), makes this Offer of Judgment ("Offer") to Plaintiff, Katherine Harris-Lovoy ("Plaintiff"), in the above-styled matter as follows:

1.　This Offer is made pursuant to Rule 68 of the Federal Rules of Civil Procedure.

2.　Plaintiff was an opt-in plaintiff in the FLSA collective action styled <u>Florence v. Deli Management, Inc., d/b/a Jason's Deli</u> (No. 1:18-cv-04303-SCJ) (N.D. Ga.) ("Florence"). Plaintiff Harris-Lovoy opted-into that action on March 19, 2019. On March 8, 2021, the court in <u>Florence</u> granted Defendant's motion to decertify the collective and dismissed without prejudice the claims of the opt-in plaintiffs. The court in <u>Florence</u> tolled the applicable statute of limitations for 20 days following the issuance of its order.

3.　On May 5, 2021, Plaintiff filed this lawsuit ("Lawsuit"), which allows for a 38-week recovery period ("Recovery Period").

4.　This Offer, if accepted, shall resolve each and every claim asserted in the Lawsuit

by Plaintiff against Defendant. This Offer includes any and all damages sought by Plaintiff in this matter including, but not limited to, unpaid overtime wages, liquidated damages, attorneys' fees, and costs.

5. Defendant offers to allow judgment to be entered in favor of Plaintiff, and against Defendant, in the sum of $10,956.10, inclusive of any recoverable costs and reasonable attorneys' fees. The offer is comprised as follows:

    a. The sum of $2,228.05 shall be paid to Plaintiff for any unpaid wages during the Recovery Period;

    b. The sum of $2,228.05 shall be paid to Plaintiff for any claim for liquidated damages; and

    c. The sum of $6,500.00 shall be paid to Plaintiff for reasonable attorneys' fees and costs incurred in connection with her claims made in <u>Florence</u> and this Lawsuit.

6. To accept this Offer, Plaintiff must serve written notice of acceptance thereof to counsel for Defendant within 14 days of the date this Offer is served on Plaintiff's counsel.

7. If Plaintiff declines this Offer, Plaintiff may become obligated to pay Defendant's costs incurred after making this Offer.

DATED this 8th day of February, 2022.

Respectfully submitted,

/s/ *Christopher M. Bentley*
Michael E. Turner
AL Bar No.: 9126E68M
**PHELPS DUNBAR LLP**
2001 Park Place North, Suite 700
Birmingham, AL 35203
T: (205) 716-5207
Email: Michael.turner@phelps.com

*Christopher M. Bentley
Florida Bar No.: 052616
*Meaghan K. Maus
Florida Bar No.: 1006137
**JOHNSON JACKSON PLLC**
100 N. Tampa St., Ste. 2310
Tampa, FL 33602
T: (813) 580-8400
F: (813) 580-8407
Email:
cbentley@johnsonjackson.com
mmaus@johnsonjackson.com


*Attorneys for Defendant*

*\*Admitted Pro Hac Vice*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 8th day of February, 2022, via Email and U.S. Mail to the following:

Seth Lesser
Christopher Timmel
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
Email: seth@klafterlesser.com
christoper.timmel@klafterlesser.com

David A. Hughes
**HARDIN & HUGHES, LLP**
2121 14th Street
Tuscaloosa, AL 35401
dhughes@hardinhughes.com

                                      /s/ *Christopher M. Bentley*
                                      Attorney