# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **NICHOLAS FULTON, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 2:21-CV-00635-RDP |
| **DELI MANAGEMENT, INC.,** | } |
| **Defendant.** | } |

## ORDER

Defendant made an offer of judgment pursuant to Federal Rule of Civil Procedure 68(a) to Plaintiffs Nicholas Fulton and Katherine Harris-Lovoy. (*See* Docs. # 15, 16). Plaintiffs have notified the court that they have accepted the offer of judgment and have served written notice of their acceptance on Defendant. (*Id.*).

As this action involves private parties seeking relief under the Fair Labor Standards Act against their employer, the court must "scrutinize[e] the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). To aid the court's analysis, the parties are **DIRECTED** to submit a motion for approval of the offer of judgment not later than **thirty (30) days** from the entry date of this Order. If the court finds that the offer of judgment is a fair and reasonable resolution of the dispute, it will be approved, and the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this February 28, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE